IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brandon Still,

    Plaintiff(s),

vs.

Cynthia Davis, et al.,

    Defendant(s).

Case Number: 1:16cv640

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 2, 2017 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 16, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss (Doc. 6) is DENIED except as to the denial of any construed motion by plaintiff for preliminary injunctive relief, and defendants are directed to file an answer to the complaint within 14 days.

To the extent that the cursory reference in the complaint is construed as a motion or a request for preliminary injunctive relief under Rule 65, it is also DENIED.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court