## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Brandon Still ,**
   **Plaintiff,**

-vs-      Case No. 1:16-CV-640

**Ms. Cynthia Davis et al,**
   **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation is adopted; Defendant's motion for summary judgment is granted; this case is hereby terminated from the docket from this court

Date: 06/12/2018                  Richard W. Nagel, CLERK

                                               By:s/Benjamin J. Codispoti
                                               Benjamin J. Codispoti,  Deputy Clerk